IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KENNETH COUNCE, 1615085, ) | |
|     Petitioner, ) | |
| ) | |
| v. ) | No. 3:11-CV-1981-D |
| ) | |
| UNITED STATES ATTORNEY GENERAL, ) | |
| and WARDEN BARRY MARTIN, ) | |
|     Respondents. ) | |

## ORDER

After conducting a *de novo* review, the court finds that the findings, conclusions, and recommendation of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

SO ORDERED.

May 31, 2012.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE